IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CIVIL NO. 97-2884 (RLA) |
| ONE 48 FT. WHITE COLORED SAILBOAT NAMED "LIBERTINE", BEARING FRENCH REGISTRY 15513-304, | |
| Defendant. | |

### ORDER TO SHOW CAUSE

On July 20, 1999 (docket No. 31) the UNITED STATES was instructed to:

a. **Return** the **$5,000.00** cost bond to claimant;

b. **Reimburse** claimant **$10,877.18** paid to the U.S. Marshal Service for storage and fees under protest; and

c. **Pay** claimant a total of **$24,824.00** as attorneys' fees and expenses pursuant to the **Equal Access to Justice Act**.

It appearing from claimant's motion that **none** of the aforementioned sums have been returned/reimbursed and/or paid to date despite her repeated demands, a Conference[1] is hereby set for **February 25, 2000 at 10:30 a.m.** for the UNITED STATES TO SHOW CAUSE if any, why payment has not been effected.

---

[1] The parties shall contact the chambers of the undersigned to verify where the Conference will be held.



AO 72
(Rev 8/82)

CIVIL NO. 97-2884 (RLA)                                              Page 2

1
2     This Order shall be notified by **fax** and mail.
3     IT IS SO ORDERED.
4     San Juan, Puerto Rico, this 17th day of February, 2000.
5
6                                    _____
                                      RAYMOND L. ACOSTA
7                                     United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

AO 72
(Rev 8/82)