IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 FEB 29 AM 8 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                             CIVIL NO. 97-2884 (RLA)

ONE 48 FT. WHITE COLORED
SAILBOAT NAMED "LIBERTINE",
BEARING FRENCH REGISTRY
15513-304,

    Defendant.

## MINUTES OF CONFERENCE
## HELD ON FEBRUARY 25, 2000
## AND ORDER FOR PAYMENT OF POST-JUDGMENT INTEREST
## AND SUPPLEMENTAL ATTORNEY'S FEES

At the CONFERENCE held on February 25, 2000 from 10:30 a.m. to 11:00 a.m. plaintiff appeared represented by AUSA JAVIER SANTOS MIMOSO and claimant by BRUCE McGIVERN, ESQ.

Counsel for the Government advised that on this same date prior to the Conference claimant had been paid the principal of the sums ordered by the Court on July 20, 1999 and explained that the delay had been caused by misinformation regarding the source of the funds for payment of the sums due.

Claimant argued that post judgment interest should have been paid as well as counsel's fees incurred in the numerous collection efforts.



CIVIL NO. 97-2884 (RLA)                                        Page 2

---

The Court having reviewed the record and the arguments submitted finds that claimant is entitled to the additional relief requested.

Accordingly, it is hereby ORDERED that plaintiff shall pay post-judgment interest to claimant at the rate of .05375% in effect on July 20, 1999 through February 25, 2000 when payment of the principal sums was made for a total of **$514.34**.[1]

Claimant's Motion for Supplemental Attorney Fees, filed on February 24, 2000 is **GRANTED**. Accordingly, plaintiff shall pay claimant additional attorneys fees in the amount of **$625.00**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 25th day of February, 2000.

                                              RAYMOND L. ACOSTA
                                              United States District Judge

---

[1]  $ 5,000   x .05375 ÷ 365 x 220 days = $161.92

    $10,877.18 x .05375 ÷ 365 x 220 days = $352.42

                                         **TOTAL     $514.34**